CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Christopher Dewitt

PLAINTIFF

413 Silver Park Terrace

Address (No Post Office Boxes)

Suitland MD 2746

City          State          Zip Code

RECEIVED
Mail Room

DEC 28 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case: 1:22-cv-03834 **JURY TRIAL**
Assigned To : Unassigned
Assign. Date : 12/28/2022
Description: Pro Se Gen. Civ. (F-DECK)

VS.

Robert Ryan, Prince George County

DEFENDANT

5303 Chrysler Sheriff John D.B. Carr
           Way

Address (No Post Office Boxes)

Upper Marlboro MD. 20772

City          State     Zip Code

Jury Trial: [X] Yes  [ ] No

## COMPLAINT

(1). Assault by off Duty officer Duty officer
(2). Hate Crime - Threatened by off Duty officer
of Prince George County - Robert Ryan and His
Associates on                Threatening the Life of
Christopher Dewitt, who was Visiting a Local
Bar there in the area when was approached
and cursed out and Threatened by officer
Robert Ryan, whom at the time was
under the Influence of Drugs and Alcohol.

Mr. Dewitt was also called a
                                    Christopher Dewitt
Monkey and Assaulted by   Original Signature (in pen)
these Individuals

Name (if applicable, Prisoner ID No.)

Address or Facility Address

New: 06/21/2022